254 So.2d 618

**Mrs. Barbara Dennis BOYKIN et al.**

v.

**A. B. LINDENKRANAR et al.**

No. 51879.

Dec. 2, 1971.

In re: Linden-Alimak A. B. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 252 So.2d 467.

Application denied; the judgment complained of is not final.